**01–2257. Haberley v. Nationwide Mut. Fire Ins. Co.**

Cuyahoga App. No. 80006. Appeal allowed and cause held for the decision in 01–1474 and 01–1867,

*Hillyer v. State Farm Fire & Cas. Co.*, Cuyahoga App. No. 79176; briefing schedule stayed. LUNDBERG STRATTON, J., dissents.